UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AUDRA SNIDER-GERDIN,<br><br>Plaintiff<br><br>v.<br><br>WASHOE COUNTY SHERIFFS, et al.,<br><br>Defendants. | Case No. 2:24-cv-00416-APG-EJY<br><br>ORDER |

Plaintiff, a former inmate, initiated this action on March 1, 2024 by submitting an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. Plaintiff has not filed an updated address with the Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. *Id.* Failure of a *pro se* party to update his or her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that on or before **October 14, 2024**, Plaintiff must (1) update her address with the Court and (2) either pay the $405 filing fee for a civil action or file with the Court a complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when she is able to file a complete application to proceed in forma pauperis for non-inmates or pay the required filing fee.

DATED this 11th day of September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE